UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:

| | |
|---|---|
| HESS CORPORATION, | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| A & E FITCHBURG, INC., SCOTT STERNBURG, and WENDY STERNBURG, | ) ) ) |
| *Defendants.* | ) ) |

# COMPLAINT

## *PARTIES*

1. The plaintiff, Hess Corporation ("Hess"), is a Delaware corporation with a principal place of business in New York City, New York.

2. Defendant A & E Fitchburg, Inc. ("A & E") is a Massachusetts corporation that had a place of business in Fitchburg, Worcester County, Massachusetts.

3. Defendant Scott Sternburg is an individual who is a citizen of Sudbury, Massachusetts.

4. Defendant Wendy Sternburg is an individual who is a citizen of Sudbury, Massachusetts.

## *JURISDICTION*

5. Jurisdiction is conferred on this Court by 28 U.S.C. s.1332, as this is a civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

207625v1

## *FACTS*

6.     On or about October 5, 2010, the plaintiff and defendant A & E entered into a contract titled Branded Retailer Agreement (the "contract") pursuant to which the defendant was to sell Hess fuels and other products and operate a Hess Mart convenience store at 69 Main Street, Fitchburg, Massachusetts. The contract began October 15, 2010 and was to continue until at least October 31, 2020. A true and correct copy of the contract is attached hereto as Exhibit A.

7.     Under the terms of the contract, the defendant A & E undertook to maintain an adequate inventory to assure delivery of Hess fuel and other products to the public during all hours of operation. The defendant A & E further agreed to purchase from Hess for resale at its station a minimum of 120,000 gallons of Hess fuel during each calendar month of the contract.

8.     Under the terms of the contract, the defendant A & E agreed to pay for Hess fuel and other products upon delivery.

9.     Under the terms of the contract, the defendant A & E agreed to comply with the Hess Marketing Policy, as defined in the contract, and to take all necessary and reasonable steps to protect and promote the value of Hess's trademarks and trade name.

10.    As of February 15, 2014, in breach of the contract, the defendant A & E ran out of fuel at its gas station and otherwise failed to take adequate steps to maintain an adequate inventory

11.    As of February 15, 2014, in breach of the contract, the defendant A & E blocked off the dispenser islands to customers, thereby adversely affecting the reputation and good will of the Hess brand, and violating the Hess Marketing Policy.

12.    In further breach of the contract, the defendant A & E failed to make payment for over $200,000 worth of product delivered by the plaintiff.

13.     Pursuant to the terms of the contract, the plaintiff rightfully terminated the contract after giving the defendant A & E written notice of termination.

14.     As a result of the defendant A & E's breach of contract, the plaintiff has incurred damages in the amount of $515,821.54.

15.     Pursuant to the terms of the contract, the defendant A & E has agreed to pay the plaintiff's attorneys fees should the plaintiff prevail in this action.

16.     Defendant Scott Sternburg, pursuant to a Guaranty dated October 6, 2010, personally guaranteed the prompt payment of all sums owed by defendant A & E to the plaintiff pursuant to the terms of the contract  A true and correct copy of said Guaranty is attached hereto as Exhibit B.

17.     Defendant Wendy Sternburg, pursuant to a Guaranty dated October 6, 2010, personally guaranteed the prompt payment of all sums owed by defendant A & E to the plaintiff pursuant to the terms of the contract. A true and correct copy of said Guaranty is attached hereto as Exhibit B.

## COUNT I

18.     The plaintiff adopts by reference all of the allegations contained in paragraphs 1 through 17, above.

19.     Defendant A & E has breached its agreement with the plaintiff.

20.     As a result of defendant A & E's breach of contract, the plaintiff has suffered damages in the amount of $515,821.54.

WHEREFORE, the plaintiff demands judgment against A & E Fitchburg, Inc. in the amount of $515,821.54, plus attorney's fees, costs, and interest, as provided by the contract and by law.

### COUNT II

21. The plaintiff adopts by reference all of the allegations contained in paragraphs 1 through 20, above.

22. Defendant A & E has breached the implied covenant of good faith and fair dealing between contracting parties, and as such is liable for all damages associated with said breach.

WHEREFORE, the plaintiff demands judgment against A & E Fitchburg, Inc. In the amount of $515,821.54, plus attorney's fees, costs, and interest, as provided by the contract and by law.

### COUNT III

23. The plaintiff adopts by reference all of the allegations contained in paragraphs 1 through 22, above.

24. Defendant A & E has been unjustly enriched by the wrongful conduct referenced above, and as such is liable for all damages associated with said unjust enrichment.

WHEREFORE, , the plaintiff demands judgment against A & E Fitchburg, Inc. in the amount of $515,821.54, plus attorney's fees, costs, and interest, as provided by law.

### COUNT IV

25. The plaintiff adopts by reference all of the allegations contained in paragraphs 1 through 24, above.

26. Pursuant to the terms of the Guaranty referenced above, Scott Sternburg is personally liable for all sums owed by defendant A & E to the plaintiff under the terms of the contract.

WHEREFORE, the plaintiff demands judgment against Scott Sternburg in the amount of $515,821.54, plus attorney's fees, costs, and interest, as provided by said Guaranty and by law.

## COUNT V

27. The plaintiff adopts by reference all of the allegations contained in paragraphs 1 through 26, above.

28. Pursuant to the terms of the Guaranty referenced above, Wendy Sternburg is personally liable for all sums owed by defendant A & E to the plaintiff under the terms of the contract.

WHEREFORE, the plaintiff demands judgment against Wendy Sternburg in the amount of $515,821.54, plus attorney's fees, costs, and interest, as provided by said Guaranty and by law.

The Plaintiff,
HESS CORPORATION
By its attorneys,
LOMBARDO, DEVELLIS & SMITH LLP

_____
Philip C. Lombardo, Jr., BBO#543951
Carey Hugh Smith, BBO#544622
41 North Road, Suite 100A
Bedford, MA 01730
(781) 538-6894
csmith@ldslawgroup.com